**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

PEDRO JOSE HERNANDEZ-CRUZ,
                    *Petitioner,*

v.

ERIC H. HOLDER JR., Attorney
General,
                    *Respondent.*

No. 08-73805

Agency No.
A092-964-221

ORDER
AMENDING
OPINION

Filed August 31, 2011

Before: Harry Pregerson, Raymond C. Fisher, and
Marsha S. Berzon, Circuit Judges.

---

## ORDER

Respondent's Motion to Amend filed August 19, 2011, is hereby granted. The slip opinion filed on July 8, 2011, is amended as follows:

Slip opinion at 9120:

Delete footnote 14.

16561